UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK RON HAYWOOD,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF TWISP, a municipal corporation; and CHARLIE LINGO, City of Twisp Chief of Police,<br><br>  Defendants. | NO. CV-06-355-EFS<br><br>**ORDER OF DISMISSAL** |

   By Stipulation filed August 21, 2008 (Ct. Rec. 55), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

   Therefore, **IT IS ORDERED**:

   1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

   2. All pending trial and hearing dates are stricken;

   3. All pending motions are denied as moot; and

   4. This file shall be closed.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel.

3  **DATED** this 25th day of August 2008.

4

5                            S/ Edward F. Shea
                              EDWARD F. SHEA
6                          United States District Judge

7  Q:\Civil\2006\355.Stip.Dismiss.wpd

ORDER * 2